HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PATRICIA CISNEROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA CISNEROS,<br><br>Defendant. | No. Cr. S 20-198 KJM<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, PATRICIA CISNEROS, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On April 24, 2023, this Court sentenced Ms. Cisneros to a term of 56 months imprisonment;

4. Ms. Cisneros's total offense level was 27, her criminal history category was I (having no criminal history points), and the resulting guideline range was 70 to 87 months.  Ms. Cisneros was found to be safety valve eligible and therefore, was not subject to the statutory mandatory minimum sentence;

5. The sentencing range applicable to Ms. Cisneros was subsequently lowered by the zero-point provision;

6. Ms. Cisneros is eligible for a reduction in sentence, which reduces her total offense level by 2 from 27 to 25, resulting in an amended advisory guideline range of 57 to 71 months;

7. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range;

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Cisneros's term of imprisonment to 46 months, effective February 1, 2024, but if

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

the amount of time served as of February 1, 2024 exceeds 46 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 23, 2024                                        Dated:   January 23, 2024

PHILLIP A. TALBERT                                          HEATHER E. WILLIAMS
United States Attorney                                         Federal Defender


 /s/ *Shelley D. Weger*                                              /s/ *David M. Porter*
SHELLEY D. WEGER                                         DAVID M. PORTER
Assistant U.S. Attorney                                        Assistant Federal Defender

Attorney for Plaintiff                                             Attorney for Defendant
UNITED STATES OF AMERICA                         PATRICIA CISNEROS

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Cisneros is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of imprisonment imposed in April 2023 is reduced to a term of 46 months, effective February 1, 2024, but if the amount of time served as of February 1, 2024 exceeds 46 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Cisneros shall report to the United States Probation Office within seventy-two hours after her release.

Dated:   January 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE