Case 2:20-cr-00198-KJM   Document 170   Filed 01/31/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America </br> v. </br> Patricia Cisneros </br> Date of Original Judgment: 4/25/2023 </br> Date of Previous Amended Judgment: _____ </br> *(Use Date of Last Amended Judgment if Any)* | Case No.: 2:20-CR-00198-KJM-01 KJM </br> USM No.: 79193-097 </br> David M. Porter, Assistant Federal Defender </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  56  months **is reduced to 46** months, unless the amount of time served as of 2/1/2024 exceeds 46 months, in which case the sentence is instead reduced to a sentence of time-served as of 2/1/2024.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/2/2023 shall remain in effect. **IT IS SO ORDERED**.

Order Date:  01/31/2024

Effective Date:  02/01/2024
*(if different from order date)*

*Judge's signature*

The Honorable Kimberly J. Mueller, U.S. District Chief Judge
*Printed name and title*